# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANDRE BIENGARDO**

vs.                   **CASE NUMBER: 3:08-CV-1288 (VEB)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That substantial evidence supports the ALJ's decision in this case, and therefore the Court finds no reversible error. It is ordered that Plaintiff's Motion for Judgment on the Pleadings is DENIED. Defendant's Motion for Judgment on the Pleadings is GRANTED and the Complaint filed by Andre Biengardo is DISMISSED.

All of the above pursuant to the order of the Honorable United States Magistrate Judge Victor E. Bianchini, dated the 26th day of May, 2010.

DATED: May 26, 2010

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk